AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For **Revocation** of Probation or Supervised Release) |

**HAROLD GLENN HALL**

Case No.    2:98cr077-WHA-06
USM No.    10317-002

                              Nicole Ramos
                           Defendant's Attorney

**THE DEFENDANT:**

X  pled no contest to violation #1 of the petition

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure of Defendant to refrain from committing another federal, state or local crime | 3/31/09 |

   The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  Violations 2, 3 and 4 of the petition    were dismissed    on motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7328

Defendant's Year of Birth:    1964

City and State of Defendant's Residence:
         Andalusia, AL

                November 12, 2009
             Date of Imposition of Judgment

             /s/ W. Harold Albritton
                  Signature of Judge

         W. Harold Albritton, Senior U. S. District Judge
                  Name and Title of Judge

                November 12, 2009
                       Date

Judgment — Page 2 of 2

DEFENDANT:        HAROLD GLENN HALL
CASE NUMBER:      2:98cr077-WHA-07

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :
**18 MONTHS.**
It is ORDERED that the term of supervised release imposed on November 10, 1999, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 18 months.

X   The court makes the following recommendations to the Bureau of Prisons:
    The court recommends that the Defendant be designated to a facility where drug counseling is available. The court further recommends that the Defendant be placed in a facility in or near Atlanta, Georgia, if possible.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____  ☐ a.m.  ☐ p.m.  on _____ .
    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐   before 2 p.m. on _____ .
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL